IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> NO 1 FASHION SHOES STORE, et al., <br><br> Defendants. | Case No. 23-cv-05581 <br><br> **Judge Andrea R. Wood** <br><br> **Magistrate Judge Jeffrey Cole** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on December 15, 2023 [50], in favor of Plaintiff Converse, Inc. ("Converse" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of five hundred thousand dollars ($500,000) per Defaulting Defendant for willful use of counterfeit Converse Trademarks in connection with the offer for sale and/or sale of products through at least the Online Marketplaces, and Converse acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| chenYSH | 12 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 21st day of December 2023.  Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Berel Y. Lakovitsky
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
blakovitsky@gbc.law
*Counsel for Plaintiff Converse, Inc.*